IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02380-RPM-KLM

ALLISON LEVINE,

    Plaintiff(s),

v.

PHILLIPS & BURNS, LLC, a New York Limited Liability Company,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter comes before the Court on the Parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 9; filed January 24, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated:    January 24, 2008