IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02380-RPM-KLM

ALLISON LEVINE,

    Plaintiff(s),

v.

PHILLIPS & BURNS, LLC, a New York Limited Liability Company,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Withdrawal of Tatiana Taylor** [Docket No. 17; filed February 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney Tatiana Taylor is relieved of any further representation of Defendant in the above captioned matter. The Clerk's Office is instructed to remove Tatiana Taylor from the electronic certificate of mailing.

    Dated:    February 5, 2008