**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02380-RPM-KLM

ALLISON LEVINE,

    Plaintiff,

v.

PHILLIPS & BURNS, LLC, a New York limited liability company,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: February 26, 2008

    BY THE COURT:

    s/Richard P. Matsch

    _____
    U.S. DISTRICT JUDGE